IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JOAN DONALD<br><br>Defendant. | Criminal Action No. 21-cr-41-CFC |

## ORDER

At Wilmington this Twenty-fourth day of October in 2024:

For the reasons set forth in the Memorandum issued this day, it is HEREBY ORDERED that Defendant Joan Donald's Motion for A Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A), D.I. 43, is DENIED.

_____
CHIEF JUDGE